IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS SAGEZ, DEAN AND BARB BUESING, DON AND ELIZABETH BUESING, DOUGLAS G. FINSTROM, CHRISTIAN FISHER, FOUR WAY FARMS, LLC, SUSAN GUGE, WALLY AND JODI HELGET, JR FARMS, INC, DENNIS AND KAREN KASPARBAUER TRUST, KASSEL FARMS, INC., GREAT OAKS FARMS, INC., GEORGIA KASSEL, JIM KIBBIE, JOHN KIBBIE, PATRICK KIBBIE, NICK KILL, TODD LUNDGREN, EDWARD NOONAN, JOSEPH NOONAN, JACK REICHERT, HAROLD SCHROEDER, CATHERINE TIESZEN, CRAIG TIESZEN, ERIC AND AMY TIESZEN, REED AND MARY TIESZEN, DEAN AND AMY VER MULM, PETER VER MULM, WEBER FAMLY FARM INVESTMENTS, LLC,<br>    Plaintiffs,<br>v.<br><br>GLOBAL AGRICULTURAL INVESTMENTS, LLC, TYLER BRUCH, BRUCHSIDE, INC, ART A. HALL, ARTAH HOLDINGS, LLC, POPULAR SECURITIES, INC., BOL, LLC, ALAN KLUIS, ELIA TASCA,<br>    Defendants. | Case No. 3:11-CV-03059-DEO<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT ALAN KLUIS** |

COME NOW the Plaintiffs by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismiss their claims against Defendant Alan Kluis.

Respectfully Submitted

WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309-4195
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: reavely@whitfieldlaw.com
       scales@whitfieldlaw.com


By:_____/s/Thomas S. Reavely_____
    Thomas S. Reavely          AT0006574

By:_____/s/William C. Scales_____
    William C. Scales, Jr.     AT0011052

SANDY LAW FIRM, P.C.
304 18th St., Box 445
Spirit Lake, IA 51360
Telephone: (712) 336-5588
Fax:   (712) 336-5589
Email: jmsandy@sandylawpractice.com


By:____/s/John M. Sandy_____
    John M. Sandy              AT0010488

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

The undersigned hereby certified that on the 30th of March, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5.3(k)(1), will send notice of electronic filing to the following:

| | |
|---|---|
| Ethan H. Cohen<br>Ballard Spahr LLP<br>999 Peachtree Street, Suite 1000<br>Atlanta, Georgia 30309-3915<br>Telephone: 678-420-9300<br>Facsimile: 678-420-9301<br>cohene@ballardspahr.com<br><br>ATTORNEYS FOR DEFENDANTS<br>TYLER BRUCH AND<br>BRUCHSIDE, INC. | Sean P. Moore, AT0005499<br>Brown, Winick, Graves, Gross,<br>Baskerville & Schoenebaum, PLC<br>666 Grand Avenue, Suite 2000<br>Des Moines, Iowa 50309<br>Telephone: (515) 242-2400<br>Facsimile: (515) 283-0231<br>Email: moore@brownwinick.com<br><br>ATTORNEYS FOR DEFENDANT<br>BRUCHSIDE, INC. |

Robert M. O'Boyle
Strasburger & Price LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701-3248
Telephone: (512) 499-3600
Facsimile: (512) 499-3660
E-mail:bob.oboyle@strasburger.com

and

Scott L. Long
Law Office Of Scott L. Long, P.C.
1922 Ingersoll Avenue, Suite 104
Des Moines, Iowa 50309
Telephone: (515) 471-5032
Facsimile: (515) 471-5030
E-mail: slong@1922ingersoll.com

ATTORNEYS FOR DEFENDANTS
GLOBAL AGRICULTURAL
INVESTMENTS, LLC, AND BOL, LLC

Rosalynd Jean Koob
Heidman Law Firm, L.L.P.
1128 Historic 4th Street
P.O. Box 3086
Sioux City, IA 51101
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
Email: roz.koob@heidmanlaw.com

And

Jeff W. Wright
Heidman Law Firm, LLC
1128 Historic 4th Street
P.O. Box 3086
Sioux City, IA 51101
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
Email: jeff.wright@heidmanlaw.com

ATTORNEYS FOR ART A. HALL AND
ARTAH HOLDINGS, LLC

Barry Shaw Sackett
Sackett, & Simms-Taylor, PC
P.O. Box 128
Milford, IA 51351
Telephone: (712) 338-9106
Facsimile: (712) 338-9108
Email: barry@ss-tlaw.com

ATTORNEY FOR DEFENDANT ALAN
KLUIS

_____/s/_____
Thomas S. Reavely

3
Case 3:11-cv-03059-DEO   Document 38   Filed 03/30/12   Page 3 of 3