IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS SAGEZ, DEAN AND BARB BUESING, DON AND ELIZABETH BUESING, DOUGLAS G. FINSTROM, CHRISTIAN FISHER, FOUR WAY FARMS, LLC, SUSAN GUGE, WALLY AND JODI HELGET, JR FARMS, INC, DENNIS AND KAREN KASPARBAUER TRUST, KASSEL FARMS, INC., GREAT OAKS FARMS, INC., GEORGIA KASSEL, JIM KIBBIE, JOHN KIBBIE, PATRICK KIBBIE, NICK KILL, TODD LUNDGREN, EDWARD NOONAN, JOSEPH NOONAN, JACK REICHERT, HAROLD SCHROEDER, CATHERINE TIESZEN, CRAIG TIESZEN, ERIC AND AMY TIESZEN, REED AND MARY TIESZEN, DEAN AND AMY VER MULM, PETER VER MULM, WEBER FAMLY FARM INVESTMENTS, LLC,<br>    Plaintiffs,<br>v.<br><br>GLOBAL AGRICULTURAL INVESTMENTS, LLC, TYLER BRUCH, BRUCHSIDE, INC, ART A. HALL, ARTAH HOLDINGS, LLC, POPULAR SECURITIES, INC., BOL, LLC, ALAN KLUIS, ELIA TASCA,<br>    Defendants. | Case No. 3:11-CV-03059-DEO<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT POPULAR SECURITIES, INC.** |

    COME NOW the Plaintiffs by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismiss their claims against Defendant Popular Securities, Inc. without prejudice.

Respectfully Submitted

WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309-4195
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: reavely@whitfieldlaw.com
　　　　scales@whitfieldlaw.com


By:_____/s/Thomas S. Reavely_____
　　　Thomas S. Reavely　　　AT0006574

By:_____/s/William C. Scales_____
　　　William C. Scales, Jr.　　AT0011052

SANDY LAW FIRM, P.C.
304 18th St., Box 445
Spirit Lake, IA 51360
Telephone: (712) 336-5588
Fax:　(712) 336-5589
Email: jmsandy@sandylawpractice.com


By:____/s/John M. Sandy_____
　　　John M. Sandy　　　　AT0010488

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

The undersigned hereby certified that on the 7th of December, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5.3(k)(1), will send notice of electronic filing to the following:

Robert M. O'Boyle
Strasburger & Price LLP
600 Congress Avenue, Suite 1600
Austin, TX 78701-3248
Telephone: (512) 499-3600
Fax: (512) 499-3660
Email: bob.oboyle@strasburger.com
ATTORNEY FOR DEFENDANTS GLOBAL
AGRICULTURAL INVESTMENTS, LLC, AND BOL, LLC

Jeff W. Wright

Heidman Law Firm, LLC
1128 Historic 4th Street
PO Box 3086
Sioux City, IA 51101
Telephone: (712) 255-8838
Fax: (712) 258-6714
Email: jeff.wright@heidmanlaw.com
ATTORNEY FOR ART A. HALL AND
ARTAH HOLDINGS, LLC

Ethan H. Cohen
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
Telephone: (678) 420-9300
Fax: (678) 420-9301
Email: cohene@ballardspahr.com
ATTORNEY FOR DEFENDANTS
TYLER BRUCH AND BRUCHSIDE, INC.

Andrew C. Johnson
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Telephone: (515) 246-5893
Fax: (515) 246-5808
Email: Johnson.andrew@bradshawlaw.com

Nathan W. Lamb
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
Telephone: (312) 658-6536
Fax: (312) 658-6537
Email: nlamb@ulmer.com
ATTORNEY FOR DEFENDANT
POPULAR SECURITIES, INC.

Sean P. Moore, AT0005499
Brown, Winick, Graves, Gross,
Baskerville & Schoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309
Telephone: (515) 242-2400
Fax: (515) 283-0231
Email: moore@brownwinick.com
ATTORNEY FOR DEFENDNAT BRUCHSIDE, INC.