IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS SAGEZ, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GLOBAL AGRICULTURAL )<br>INVESTMENTS, LLC, TYLER BRUCH, )<br>BRUCHSIDE, INC., ART A. HALL, )<br>ARTAH HOLDINGS, LLC, BOL, LLC, )<br>)<br>)<br>Defendants. ) | NO. C11-3059-DEO<br><br>DEFAULT ENTRY |

On this 11th day of March, 2015, it appearing from the record filed in said cause that the Defendants, GLOBAL AGRICULTURAL INVESTMENTS, LLC, and BOL, LLC, are in default,

IT IS ORDERED AND ADJUDGED that the default of said Defendants be and hereby is accordingly entered.

ROBERT L. PHELPS
U. S. District Court
Northern District of Iowa

By: _____/s/ des_____
Deputy Clerk