IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS SAGEZ, DEAN AND BARB BUESING, DON AND ELIZABETH BUESING, DOUGLAS G. FINSTROM, CHRISTIAN FISHER, FOUR WAY FARMS, LLC, SUSAN GUGE, WALLY AND JODI HELGET, JR FARMS, INC, DENNIS AND KAREN KASPARBAUER TRUST, KASSEL FARMS, INC., GREAT OAKS FARMS, INC., GEORGIA KASSEL, JIM KIBBIE, JOHN KIBBIE, PATRICK KIBBIE, NICK KILL, TODD LUNDGREN, EDWARD NOONAN, JOSEPH NOONAN, JACK REICHERT, HAROLD SCHROEDER, CATHERINE TIESZEN, CRAIG TIESZEN, ERIC AND AMY TIESZEN, REED AND MARY TIESZEN, DEAN AND AMY VERMULM, PETER VERMULM, WEBER FAMLY FARM INVESTMENTS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL AGRICULTURAL INVESTMENTS, LLC, TYLER BRUCH, BRUCHSIDE, INC, ART A. HALL, ARTAH HOLDINGS, L.L.C., POPULAR SECURITIES, INC., BOL, LLC, ALAN KLUIS, ELIA TASCA,<br><br>Defendants. | Case No. 3:11-cv-03059-DEO<br><br><br><br><br><br><br><br>**MOTION FOR LEAVE TO AMEND TO ASSERT COUNTERCLAIMS** |

Defendants Tyler Bruch and Bruchside, Inc. hereby move for leave to amend their Answer to assert Counterclaims against certain Plaintiffs, and in support of their Motion state the following:

1

1. The deadline for motions to amend pleadings as set forth in the Scheduling Order is May 2, 2016.

2. On December 23, 2015, these Defendants efiled Counterclaims against certain Plaintiffs, but neglected to contemporaneously file a Motion for Leave to Amend, although the time for amendment of pleadings without leave of Court had passed.

3. This Motion is submitted to cure that failure and to obtain formal leave for the addition of the Counterclaims, which were efiled on December 23.

4. Counsel for the Plaintiffs have indicated that they have no objection to this Motion and will treat the Counterclaims as having been properly filed and served.[1]

For the foregoing reasons, Defendants Tyler Bruch and Bruchside, Inc. request that leave be granted for the filing of the Counterclaims and that the Counterclaims be deemed properly filed and served.

Respectfully submitted,

*/s/ Steven P. Wandro*
Steven P. Wandro AT0008177
David Swinton
Kara M. Simons AT0009876
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue
Des Moines, Iowa 50312
Telephone: 515/281-1475
Facsimile: 515/281-1474
swandro@2501grand.com
dswinton@2501grand.com
ksimons@2501grand.com

---

[1] These Defendants have already consented to an extension of time for Plaintiffs to answer the Counterclaims.

Elizabeth M. Del Cid
*Admitted Pro Hac Vice*
MURPHY &McGONIGLE, P.C.
1185 Avenue of the Americas
21st Floor
New York, New York 10036
Telephone: 212/880-3982
Facsimile: 212/880-3998
*edelcid@mmlawus.com*

ATTORNEYS FOR DEFENDANTS,
TYLER BRUCH and BRUCHSIDE, INC.