N THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| DENNIS SAGEZ, et al., | |
|    Plaintiffs, | Case No. 3:11-cv-03059-MWB |
| v. | |
| GLOBAL AGRICULTURAL INVESTMENTS, LLC; TYLER BRUCH; BRUCHSIDE, INC.; ART A. HALL; ARTAH HOLDINGS, LLC; POPULAR SECURITIES, INC.; BOL, LLC, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
|    Defendants. | |
| TYLER BRUCH and BRUCHSIDE, INC. | |
|    Counterclaimants, | |
| v. | |
| ERIC TIESZEN, NICK KILL and JOSEPH NOONAN, | |
|    Counterclaim-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled claims filed by Plaintiffs and Counterclaimants are hereby dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits of the claims filed by the Plaintiffs and Counterclaimants may be entered in the above-entitled action pursuant hereto.

Date: May 4, 2017

Respectfully submitted,

WHITFIELD & EDDY, P.L.C.
699 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: reavely@whitfieldlaw.com
        scales@whitfieldlaw.com


By:     */s/Thomas S. Reavely*
        Thomas S. Reavely


By:     */s/William C. Scales, Jr .*
        William C. Scales, Jr.

SANDY LAW FIRM, P.C.
304 - 18th Street, Box 445
Spirit Lake, IA 51360
Telephone:  (712) 336-5588
Fax:   (712) 336-5589
Email: jmsandy@sandylawpractice.com


By:         */s/John M. Sandy*
        John M. Sandy

ATTORNEYS FOR PLAINTIFFS


GISLASON&HUNTER LLP
317 Sixth Avenue, Suite 1400
Des Moines, IA  50309
Phone:  515-244-6199
Fax:  515-244-6493
E-MaiL:  dnelmark@gislason.com



By:         */s/David W. Nelmark*
        David W. Nelmark

ATTORNEY FOR
PLAINTIFF/COUNTERDEFENDANTS
ERIC TIESZEN AND NICK KILL

WANDRO & ASSOCIATES
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone: 515-281-1475
Fax:  515-281-1474
Email: swandro@2501grand.com


By:_____/s/Steven P. Wando_____
        Steven P. Wandro

ATTORNEYS FOR DEFENDANTS


Jeff W. Wright
Heidman Law Firm, LLC
1128 Historic 4th Street
P.O. Box 3086
Sioux City, IA 51101
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
Email: jeff.wright@heidmanlaw.com



By:_____/s/Jeff W. Wright_____
        Jeff W. Wright

ATTORNEYS FOR ART A. HALL AND ARTAH
HOLDINGS, LLC