IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| DENNIS SAGEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL AGRICULTURAL INVESTMENTS, LLC; TYLER BRUCH; BRUCHSIDE, INC.; ART A. HALL, ARTAH HOLDINGS, LLC; POPULAR SECURITIES, INC.; BOL, LLC,<br><br>Defendants. | Case No. 3:11-cv-03059-MWB |
| TYLER BRUCH and BRUCHSIDE, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>ERIC TIESZEN, NICK KILL and JOSEPH NOONAN,<br><br>Counterclaim-Defendants. | **COUNTERCLAIMANTS' STIPULATED DISMISSAL WITH PREJUDICE** |

COME NOW the Counterclaimants, Tyler Bruch and Bruchside, Inc., by and through their undersigned attorneys, and pursuant to Local Rule 41 and with the agreement of all other parties to the above-captioned case hereby Dismiss with Prejudice the above-captioned counterclaim.

1

Respectfully submitted,

*/s/ Steven P. Wandro*
Steven P. Wandro     AT0008177
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
swandro@2501grand.com
ATTORNEY FOR DEFENDANTS
TYLER BRUCH AND BRUCHSIDE, INC.

*/s/ Elizabeth M. Del Cid*
Elizabeth M. Del Cid
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, New York 10036
ATTORNEY FOR DEFENDANTS
TYLER BRUCH AND BRUCHSIDE, INC.

**CERTIFICATE OF SERVICE**

I certify under LR 5(a) that on April 28, 2017, the foregoing Counterclaimants; Dismissal with Prejudice was served on the following counsel of record via the Court's ECF system:

Thomas S. Reavely
William C. Scales, Jr.
Whitfield & Eddy, PLC
699 Walnut St., Suite 2000
Des Moines, IA 50309

John M. Sandy
Sandy Law Firm, PC
304 18th St. Box 445
Spirit Lake, IA 51360

*/s/ Alison F. Kanne*